**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IVAN DISLA
**Plaintiff**

V.

CIVIL ACTION
NO. 25cv12096-WGY

MASSACHUSETTS SECRETARY OF STATE
**Defendant**

**ORDER OF DISMISSAL**

**YOUNG D.J.**,

In accordance with the Court's ELECTRONIC ORDER entered on January 12, 2026, it is hereby ORDERED that this action is DISMISSED.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk

January 12, 2026